*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Russio, | Case No.: 4:12-cv-00051-JW |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| vs. | |
| Midland Credit Management, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the mediation deadline is hereby extended by ninety (90) days to November 14, 2012.

Date: July 10, 2012

_____
Judge: Hon. James Ware