IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HEATHER RUSSIO,

       Plaintiffs,

 v.

MIDLAND CREDIT MANAGEMENT, INC.,

       Defendants.

No. C 12-00051 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **October 19, 2012**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 25, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/6/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 12-00051 RS
STANDBY ORDER OF DISMISSAL