1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9
10

RS

11    Heather Russio,                              Case No.: 4:12-cv-00051-~~JW~~

12                        Plaintiff,               **[PROPOSED]** ORDER

13              vs.

14    Midland Credit Management, Inc.; and
      DOES 1-10, inclusive,
15
                          Defendants.
16
17

18         Based on the Stipulation of counsel, the case is dismissed with prejudice, each

19    party to bear its own attorney fees and costs.

20
21    Date:_ 10/2/12 _____                        _____

22                                                 Judge: Hon. ~~James Ware~~
23                                                           RICHARD SEEBORG
24
25
26
27
28