UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Russio,<br><br>   Plaintiff,<br><br>   vs.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 4:12-cv-00051-~~JW~~ RS<br><br>**[~~PROPOSED~~] ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_ 10/2/12 _____            _____

                                 Judge: Hon. ~~James Ware~~
                                        RICHARD SEEBORG